AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WILLIAM C. SHAW,

        Plaintiff,

v.

ED HAY, LINCOLN HATHAWAY, SCOTT MASON, BILL NORTON, and ROBERT COSSEY,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-021-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice pursuant to 28 U.S.C. Section 1915e(2)(B)(ii) and (iii) and the Order of Dismissal entered on April 11, 2011, Ct. Rec. 6.

| | |
|---|---|
| April 11, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |